

9800 Fredericksburg Road
San Antonio, Texas 78288

USAA®

04664.112CN.JSS677656525.01.01.6391

WILLIAM R LAKER
15444 WESTMINISTER AVE
CLEARWATER FL 33760-2250

July 29, 2013

Reference: Your USAA Auto Claim

Dear Mr. Laker,

My name is Cynthia E Gonzalez, and I'll help you through this portion of the claims process. I'm writing to let you know that we've evaluated the physical damage to your 2011 TOYOTA COROLLA 4D B/S/LE, and it may be a total loss.

**Determining the amount of your claim payment**
Before we can determine the amount of your claim payment, we must consider the actual cash value of your vehicle, applicable sales and/or use tax and any transfer of ownership fees. Based on a preliminary evaluation of your vehicle, the actual cash value is $14,892.00 and the sales tax is $943.52.

The actual cash value is the market value based on the following: vehicle year, make, model, mileage, equipment, options, geographic location, recent upgrades, condition of your vehicle's body to include paint, glass, tires, interior, mechanical and prior unrelated damage.

**How to help expedite your claim**
Before issuing payment, we'll need to know the following information:

- The State in which your vehicle is titled if you hold your vehicle's title.
- Lien holder name, phone number and account number if you're making payments on your vehicle.

**Other things you should know**
We'll also provide you with important information about the remaining number of days left on your rental vehicle, if any, your existing insurance coverage and what you should know if your vehicle is at a storage facility.

**We're here for you**
We're here to serve all your financial needs. If you're looking to replace your vehicle now or would simply like to start planning, we can help with Auto Circle™, our service that'll help you find, finance and insure a new or used vehicle with our lowest price guarantee*. Go to AutoCircle.com to begin your search.

*Send copy of New USAA # 33185857 Att Cynthia*

EXHIBIT A

033185857 - DM-04664 - 1 - 9027 - 28

126119-0113

Page 1 of 2



9800 Fredericksburg Road
San Antonio, Texas 78288

**USAA**

CHANTAL BASTIAN
1021 JOHN ST
SAINT AUGUSTINE FL 32084-1095

May 31, 2013

Reference: Your USAA Auto Claim

Dear Ms. Bastian,

My name is Cynthia E Gonzalez, and I'll help you through this portion of the claims process. I'm writing to let you know that we've evaluated the physical damage to your 2005 ACURA 3.2 TL 4D, and it may be a total loss.

**Determining the amount of your claim payment**
Before we can determine the amount of your claim payment, we must consider the actual cash value of your vehicle, applicable sales and/or use tax and any transfer of ownership fees. Based on a preliminary evaluation of your vehicle, the actual cash value is $10,459.00 and the sales tax is $627.54.

*The actual cash value is the market value based on the following: vehicle year, make, model, mileage, equipment, options, geographic location, recent upgrades, condition of your vehicle's body to include paint, glass, tires, interior, mechanical and prior unrelated damage.*

**How to help expedite your claim**
Before issuing payment, we'll need to know the following information:

- The State in which your vehicle is titled if you hold your vehicle's title.
- Lien holder name, phone number and account number if you're making payments on your vehicle.

**Other things you should know**
We'll also provide you with important information about the remaining number of days left on your rental vehicle, if any, your existing insurance coverage and what you should know if your vehicle is at a storage facility.

**We're here for you**
We're here to serve all your financial needs. If you're looking to replace your vehicle now or would simply like to start planning, we can help with Auto Circle™, our service that'll help you find, finance and insure a new or used vehicle with our lowest price guarantee*. Go to AutoCircle.com to begin your search.



024510681 - DM-04664 - 2 - 9027 - 28

126119-0113

Page 1 of 2

0901119c8c93b05f

USAA Confidential

USAA000192