

9800 Fredericksburg Road
San Antonio, Texas 78288

## Claim and Payment Information

Following are details about your claim and claim payment:

**Claim:**

| | |
|---|---|
| Registered owner: | Chantal Bastian |
| Policyholder: | Chantal Bastian |
| USAA #: | 024510681 |
| Claim #: | 024510681-2 |
| Loss location: | Jacksonville, FL |
| Type of loss: | |
| Date of loss: | May 26, 2013 |
| Vehicle information: | 2005 ACURA 3.2 TL 4D |
| VIN #: | 19UUA662X5A057092 |

**Payment:**

| | |
|---|---|
| Vehicle's actual cash value: | $10,459.00 |
| Sales tax: | $0.00 |
| Partial or Prior Payments: | $0.00 |
| Title Fee: | $75.75 |
| License Plate Fee: | $9.50 |
| Comprehensive Deductible: | $(1,000.00) |
| **Net Total:** | **$9,544.25** |

## Important Information from the state of FL

As a reminder, if you replaced your totaled vehicle for the total loss above, you're entitled to reimbursement for the sales tax amount you incurred. However, we'll compare the sales tax amount in our settlement with the sales tax for the replacement vehicle and pay you whichever is less. We will also reimburse you up to $2.50 for any branch processing fees you paid for a replacement vehicle title.

If you would like to make a claim for sales tax and branch processing fees, please fax the replacement vehicle's bill of sale and branch processing fee receipt to 1-800-531-8669. Remember to include your USAA number on all documents.



EXHIBIT
C

024510681 - DM-04664 - 2 - 9027 - 28

126309-0113

0901119c8c93b74c

USAA Confidential