UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHANTAL BASTIAN, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>Defendants. | CASE NO.: 3:13-cv-001454-J-32MCR |

### DECLARATION OF KIMBERLY K. NESS WITH RESPECT TO IMPLEMENTATION OF THE SETTLEMENT NOTICE PLAN AND PERFORMANCE OF REQUIRED SETTLEMENT ADMINISTRATION ACTIVITIES

I, Kimberly K. Ness, hereby declare and state as follows:

1. I am over 21 years of age and am not a party to this action.

2. This declaration is based on my personal knowledge, information provided by the staff of Dahl Administration, LLC ("Dahl"). If called as a witness, I could and would testify competently to the facts stated herein.

3. I am a Principal of Dahl, which has been retained as the Settlement Administrator responsible for administering the Notice Plan and the claims process for the above-captioned action. I have experience in all areas of class action administration including class notification, claims processing and funds distribution.

4. Dahl has been selected as Settlement Administrator by Class Counsel and counsel for Defendant in their Class Action Settlement Agreement ("Settlement Agreement") and

1

appointed by the Court pursuant to its Order Preliminarily Approving Class Settlement and Setting Fairness Hearing for October 24, 2017 ("Preliminary Approval Order"), entered by the Court on June 5, 2017.

5. This Declaration describes: (a) implementation of mail and email Notice Plan; (b) creation of an informational settlement website through which potential Settlement Class Members can obtain detailed information about the Settlement, access case documents, and request and file Claim Forms; (c) implementation of a toll-free telephone helpline; (d) other communications with potential Settlement Class Members related to the settlement; (e) an accounting of claims received; and (f) exclusion requests and objections related to the settlement.

## NOTICE

6. On June 27, 2017, Dahl mailed and emailed 80,424 initial Notices to potential Class Members, and mailed an additional 4,017 Notices to potential Class Members for which an email address was not provided. Potential Class Members were directed to the settlement website and the toll-free number for detailed information on the Settlement. As of September 17, 2017, Dahl has sent an additional 875 Notices and Claim Forms at the request of potential Class Members.

## SETTLEMENT WEBSITE

7. On June 27, 2017, Dahl established a Settlement Website at www.USAAFloridaAutoSalesTaxSettlement.com. The Settlement Website is still operating.

8. The Settlement Website provides settlement Class Members with general settlement information; a list of important dates and deadlines; a list of Frequently Asked Questions and Responses; downloadable versions of settlement documents, including the Settlement Agreement, Preliminary Approval Order, Detailed Notice (English and Spanish

versions), and a Sample Claim Form (English and Spanish versions); the ability to request a Claim Form by mail or email; the ability to complete and submit a Claim Form online or download a Claim Form to complete and submit by mail; and information on how to contact the Settlement Administrator via email, U.S. Mail, or phone.

9. As of September 17, 2017, the Settlement Website has received 23,029 unique visits.

## TELEPHONE SUPPORT

10. On June 27, 2017, Dahl established an automated toll-free settlement information line (1-866-276-3799) to assist potential settlement Class Members seeking information about the settlement. The toll-free number was printed in the Notice and Claim Form and is displayed on the settlement website. The helpline is fully automated and operates 24 hours per day, seven days per week, and is still operating.

11. The toll-free telephone line includes a voice response system that allows callers to listen to general information about the settlement and listen to responses to frequently asked questions (FAQ's), and provides options to leave a message for the Settlement Administrator, or speak to a live representative.

12. As of September 17, 2017, a total of 4,170 calls have been received, and 1,963 live or returned calls have been completed.

## OTHER COMMUNICATIONS

13. As of September 17, 2017, Dahl has received and responded to, when appropriate, 1,921 emails and 17 pieces of written correspondence.

## CLAIMS RECEIVED

14. The deadline for potential class members to file a claim in this settlement is November 23, 2017. As of September 17, 2017, Dahl has received 15,496 online claims and 12,939 claims by mail, for a total of 28,435 claims filed.

## OBJECTIONS AND EXCLUSIONS

15. The deadline for potential Class Members to object to the settlement was August 30, 2017. Dahl received two (2) objections from potential Class Members Bentley James Bradley and Jennifer Hinojosa.

16. Bentley James Bradley objects on the basis that USAA handled his claim "professionally and completely" and "generally serves its members well", further explaining that he does not support the settlement because of the attorney's fees. Mr. Bradley states that he does not intend to appear at the Final Approval Hearing.

17. Jennifer Hinojosa objects on the basis that (a) the Notice to Class Members is unacceptable and deficient; (b) there is no need for claims made; (c) Summary Judgment was denied; (d) the release is too broad; and (e) the attorney fees are "extensive and unreasonable". At the time of objection, Ms. Hinojosa had not decided if she will appear at the Final Approval Hearing.

    A. In regards to the first claim, "The Notice to class members is unacceptable and deficient", Ms. Hinojosa asserts that she had difficulty determining whether she was a class member because the Claims Administrator representative stated "you are likely a member of the class . . ." and then provided the same information contained in the Notice. Ms. Hinojosa also states that the representative could not give her a phone number for the Settlement Administrator, thereby making the

Notice false by not giving a phone number for the Settlement Administrator. Ms. Hinojosa also asserts that language in the Sales Tax Long Form Notice, under subparagraph "11 Understanding Class Membership" is "not understandable." See (Doc. 139, at 1-2).

B. The Claims Administrator phone representative is instructed to state that a person is "likely a member of the class" and to not provide absolute certainty. This is consistent with the Court approved notice. *See* Notice (Doc. 129-1, at Exhibit 2). There is a possibility that the claimant could inadvertently be providing incorrect or incomplete information. Ms. Hinojosa's Objection states that she is a "class member," so the information that she was provided was sufficient. To my knowledge, Ms. Hinojosa also did not contact any of Class Counsel or Defense Counsel relating to this issue or any other issue, and counsel's identity and contact information were provided. Out of 1,963 live calls handled; this is the only complaint about the call center representatives received by Dahl, Class Counsel, or Defense Counsel.

C. With regard to the phone number, it appears that the call center representative was confused about what number Ms. Hinojosa sought. The call center representative believed that Ms. Hinojosa was requesting the corporate offices number of Dahl, and not the number that class members were required to call to receive information. The call representative offered to connect Ms. Hinojosa with a supervisor who may have been able to clear up the confusion, but Ms. Hinojosa declined. The Class Notice properly provides the number for Dahl

Administration's Call Center set up specifically to answer questions from claimants.

18. The deadline for potential Class Members to request to be excluded from the settlement was August 30, 2017. Dahl received 21 exclusion requests. A list of the names and Unique ID numbers corresponding to these requests are attached as Exhibit A to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 19th day of September, 2017 in Minneapolis, Minnesota.

*Kimberly K. Ness*
Kimberly K. Ness
Principal
Dahl Administration, LLC

# Exhibit A

## EXCLUSION REQUESTS

| | |
|---|---|
| 00272893 | MARY DORIS G LEE |
| 00038723 | LAWRENCE P SCHLERNITZAUER |
| 00242578 | KELLY BUNTYN |
| 00242585 | KELLY BUNTYN |
| 00084121 | KEVIN C BATTEN |
| 00439544 | TERRILEE V TERRILL |
| 00024217 | JAMES C DRUYOR |
| 00754676 | STEVEN RANDOLPH GIBSON |
| 00764018 | PAUL CLIFFORD WEBER |
| 00349488 | HOLLY A KUS |
| 00057429 | KEVIN R COFFEY |
| 00232843 | TERESA M RYAN |
| 00030262 | EST OF EDWARD E SNOW |
| 00045508 | WILLIAM J DOUGHERTY |
| 00017026 | JOSEPH L ROSSI |
| 00578462 | BAHREDDINE HANNAT |
| 00307398 | JAMES B HOLLAND |
| 00303351 | DAWN B RIVERA |
| 00242836 | GRETTA L HOWELL |
| 00378541 | LINDA U SCHRADER |
| 00358522 | RICHARD J MILLER |